MANZO FOLLINS, Respondent, v. LIBERTY MUTUAL INSURANCE COMPANY et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [179 Misc. 489.]

In the Matter of EDWARD J. RUSSEL et al., Appellants, against PAUL J. KERN, et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

MAE J. WOLFER et al., Appellants, v. NATIONAL CITY BANK OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

SAMUEL PLATT, Respondent, v. IDEAL NOVELTY & TOY COMPANY, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

HELEN LAGRANDE et al., Appellants, v. HUNLEY ABBOTT et al., Respondents, et al., Defendants.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

BRUNO WEIL, Respondent, v. HENRY TORRES, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of MANQUEEN CORPORATION, Appellant, v. RECLAMATION AND BUILDING CORPORATION et al., Respondents.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Arbitration Between CITY SERVICE CLEANING CONTRACTORS, INC., Appellant, and FRANK VANZO, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

PETER J. HABERKORN, Respondent, v. ANDRE RUBINSTEIN, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDGAR KENNY, Appellant, against WILLIAM A. ADAMS, as Warden of the City Prison of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, Appellant, v. TONEY A. HARDY, Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See 180 Misc. 63.]